UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Rob D. Albright,

Plaintiff,

vs.

E.W. Blanch Co., Inc., a division of
E.W. Blanch Holdings, Inc.,

Defendant.

**Civil File No. 00-CV-2457 (JMR/SRN)**

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

The above-titled action, having been fully compromised and settled,

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without costs to either party.

**IT IS FURTHER STIPULATED AND AGREED,** that the Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss said action of record.

Dated: August 30, 2001

FLYNN & GASKINS, L.L.P.

By [signature]
Scott M. Rusert (#231113)
Gregory J. Wiley (#027138X)
2900 Metropolitan Centre
333 South Seventh Street
Minneapolis, Minnesota 55402
(612) 333-9500

**ATTORNEYS FOR PLAINTIFF**

Dated: August 24, 2001

BRIGGS AND MORGAN, P.A.

By Kelly A. Kolars
Timothy R. Thornton (#109630)
Kelly A. Kolars (#298517)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR DEFENDANT**

FILED RICHARD D. SLETTEN, CLERK
SEP 14 2001
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

1320367v1

**ORDER**

It having been brought to the Court's attention that the parties agree to dismiss this action in its entirety with prejudice and without costs to any party,

**IT IS HEREBY ORDERED AND ADJUDGED** that the above-titled action be and the same is hereby dismissed with prejudice, on the merits and without costs.

**LET JUDGMENT OF DISMISSAL WITH PREJUDICE BE ENTERED ACCORDINGLY.**

Dated: September 13, 2001

BY THE COURT

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500